IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACOB REECE,

    Plaintiff,

v.                        CASE NO.: 4:10cv425-SPM/WCS

DOLGEN CORP, LLC, a foreign
limited liability company d/b/a
Dollar General,

    Defendant.

_____/

**ORDER APPROVING SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE**

This cause comes before the Court on the Joint Motion for Order Approving Settlement (doc. 19). All parties were counseled and represented by their respective attorneys throughout the litigation and settlement process. The settlement represents a reasonable compromise of disputed issues. Accordingly, it is

ORDERED AND ADJUDGED:

1.    The joint motion (doc. 19) is granted.

2.    This case is dismissed with prejudice with each party to bear its

own costs.

DONE AND ORDERED this 27th day of May, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge